CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 02 2014

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JASON CLEM, | ) |
| Petitioner, | ) Civil Action No. 7:13cv319 |
| v. | ) ORDER |
| LESLIE FLEMING, | ) By: Samuel G. Wilson |
| | ) United States District Judge |
| Respondent. | ) |

In accordance with the memorandum opinion entered on this day, it is hereby

**ORDERED** and **ADJUDGED** that Clem's motion for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED**, and this matter is **STRICKEN** from the court's active docket.

ENTER: April 2, 2014

_____
UNITED STATES DISTRICT JUDGE